UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS JUAREZ M.,[1]

        Petitioner,

      v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY, et al.,

        Respondents.

No.  1:26-cv-04291 TLN SCR

A# 262-397-076

**ORDER**

Petitioner is a *pro se* federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days.  (ECF No. 8.)  Respondent filed "objections" to the findings and recommendations in which Respondent attempts to oppose the merits of the Petition after missing the filing deadline to do so.  (ECF No. 9.)

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  The merits of Respondent's untimely filed opposition (ECF No. 8) were correctly address by the magistrate judge in finding that Petitioner is not subject to mandatory detention under 8 U.S.C § 1225(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 8) are adopted in full, except as modified as to the injunction below.

2.  The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3.  Respondent is ordered to immediately release Petitioner LUIS JUAREZ M. (A# 262-397-076) from their custody.  At the time of release, Respondent is required to return all of Petitioner's documents and possessions.  Respondent shall file a **notice of compliance** with this provision of the Order **no later than July 9, 2026**.

4.  Respondent is ENJOINED from re-detaining Petitioner absent compliance with constitutional protections, including a minimum of seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where: (a) Respondent shows material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondent demonstrates by clear and convincing evidence that the government's interest in protecting the public or ensuring Petitioner appears at future immigration proceedings outweighs his constitutionally protected interest in remaining free from detention.  *Zadvydas*, 533 U.S. at 690; *Hernandez*, 872 F.3d at 990.  At any such hearing, Petitioner shall be allowed to have counsel present.

5.  The Clerk of Court is directed to serve the **California City Detention Facility** with a copy of this Order.

6.  The Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

//

//

2

IT IS SO ORDERED.

Date: July 7, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE